■ In the Matter of STEFANEL TYESHA C. LESLIE C.; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK— Leave to appeal to the Court of Appeals and for continuation of assigned counsel granted as indicated. (See, Matter of Sebastian M., 164 AD2d 852 [decided herewith].) Concur—Murphy, P. J., Ross, Rosenberger, Kassal and Wallach, JJ.

■ In the Matter of SEBASTIAN M. ALEXANDRA B.; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK—Leave to appeal to the Court of Appeals and for continuation of assigned counsel granted as indicated. (See, Matter of Stefanel Tyesha C., 164 AD2d 852 [decided herewith].) Concur—Murphy, P. J., Ross, Rosenberger, Kassal and Wallach, JJ.